*LAW OFFICES OF SAMUEL G. GRADER*
555 MISSION STREET, SUITE 320
SAN FRANCISCO, CA  94105-0934
Telephone: (415) 932-7200 ▪ Facsimile: (866) 853-8846
_____

*A Staff Counsel Office of CNA

| *Samuel G. Grader* | *Shauna L. Chiappella* |
|---|---|
| *James F. Waite* | *Norman La Force* |
| *Richard A. Levine* | |

June 9, 2014

Magistrate Judge Paul S. Grewal
United States District Court
Northern District of California
450 Golden Gate Ave., 16th Floor, Suite 1111
San Francisco, CA 94102

[GRANTED — Judge Paul S. Grewal, United States District Court, Northern District of California]

**REQUEST FOR TELEPHONIC APPEARANCE**

Re:  *Gutierrez v. Bulk Handling Systems, et al.*
     Insured:    Bulk Handling Systems
     Claim No.:  E2854422
     Our File No.: 1131917763

Dear Judge Grewal:

   I, James F. Waite, hereby request to appear on behalf of defendant Bulk Handling Systems, at the Case Management Conference scheduled for Tuesday, July 8, 2014, at 10:00 a.m. via telephonic appearance.

   I may be contacted at 10:00 a.m. on July 8, 2014 at my direct line: (415) 932-7223.

                              Very truly yours,
                              LAW OFFICES OF SAMUEL G. GRADER

                              James F Waite, Esq.
                              Direct Line: 415-932-7223

JFW/so

cc:    See Attached Service List (Electronically Served)

1 PROOF OF SERVICE

2

3     I, the undersigned, declare:

4     I am, and was at all times herein mentioned, employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to the within action. My business address is 555 Mission Street, Suite 320, San Francisco, California 94105-2625.

    On the date set forth below, I served the within:

### LETTER TO MAGISTRATE JUDGE GREWEL – REQUEST FOR TELEPHONIC APPEARANCE

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**[XX]**   **(BY CM/ECF ELECTRONIC DELIVERY)** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website.

### PLEASE SEE ATTACHED SERVICE LIST

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing, that the correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 9, 2014

                                                       _/s/ Sonia J. Ortiz_
                                                       Sonia J. Ortiz

# SERVICE LIST

*Gutierrez v. Bulk Handling Systems, et al.*
United States District Court, Northern District Case No.: 5:14-CV-01240-PSG

| | |
|---|---|
| William H. Bassett, Esq.<br>Scher & Bassett<br>465 South Mathilda Avenue, Suite 210<br>Sunnyvale, CA 94087<br>TEL:  408-739-5300<br>FAX: 408-739-2025<br>Email: billbassett2003@yahoo.com | **Attorneys for Plaintiff**<br>**JUAN CARLOS GUTIERREZ** |
| Jack C. Henning, Esq.<br>Benjamin J. Schnayerson, Esq.<br>Dillingham & Murphy, LLP<br>601 California Street, Ste. 1900<br>San Francisco, CA 94108<br>TEL:  415-397-2700<br>FAX:  415-397-3300<br>Email:  jch@dillinghammurphy.com<br>Email: bjs@dillinghammurphy.com | **Attorneys for Defendant/Cross-complainant**<br>**CAROTHERS & SON, LTD**. |
| Daniel T. Schmaeling, Esq.<br>Law Offices of John A. Biard<br>11070 White Rock Road, Suite 200<br>Rancho Cordova, CA 95670<br>TEL:  916-638-6610<br>FAX:  855-631-5920 | **Attorneys for Lien Claimant**<br>**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** |